IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COREY TRAINOR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:17-CV-01182-MAB |
| | ) |
| MONICA CHRISTIANSON AND OFFICER ROVENSTEIN, | ) ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 9, 2020 (Doc. 42), Defendants Monica Christianson and Officer Rovenstein were **DISMISSED with prejudice** from this action. Accordingly, this action was **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 9, 2020

                                      **MARGARET M. ROBERTIE,**
                                      **Clerk of Court**

                                      BY:   /s/ *Jennifer Jones*
                                              **Deputy Clerk**

APPROVED:   /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**